Conner, J

Wendy C. Butler (WB-2539)
JONES DAY
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939

ORIGINAL

Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COLLEEN E. CORCORAN,

        Plaintiff,

-against-

FRONTIER COMMUNICATIONS OF
NEW YORK, INC., CITIZENS
TELECOMMUNICATIONS COMPANY
OF NEW YORK, INC., and HARTFORD
LIFE AND ACCIDENT INSURANCE
COMPANY,

        Defendants.

---

07 CV 9527 (WCC)
**STIPULATION AND ORDER
EXTENDING TIME TO ANSWER OR
MOVE**

ECF CASE

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties, that the time for Defendants Frontier Communications of New York, Inc., and Citizens Telecommunications Company of New York, Inc., to answer, move or otherwise respond to Plaintiff's Complaint shall be extended to January 28, 2008. The original deadline was December 26, 2007. The parties have not previously sought to extend this deadline.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

E-
COPIES/MAILED TO COUNSEL OF RECORD
AND MAILED TO COUNSEL FOR As
FRONTIER AND CITIZENS

NYI-4051777v1

Dated: New York, New York
December 21, 2007

Barry D. Haberman

By: _____
Barry D. Haberman (BH- 2589)
254 South Main Street #401
New City, NY 10956
(845) 638-4294

Attorney for Plaintiff

JONES DAY

By: _____
Wendy C. Butler (WB-2539)
JONES DAY
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939

Attorney for Defendants


SO ORDERED:

_____
William C. Conner
Sr. U.S.D.J.

dated: White Plains, NY
Jan. 2, 2008

- 2 -