**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

COLLEEN E. CORCORAN,

                              Plaintiff,

    -against-

FRONTIER COMMUNICATIONS OF NEW YORK,
INC., CITIZENS TELECOMMUNICATIONS
COMPANY OF NEW YORK, INC., and HARTFORD
LIFE AND ACCIDENT INSURANCE COMPANY,

                              Defendants.

------------------------------------------------------------------X

Civil Action No.: 07 CIV. 9527 (WCC)

ECF CASE

**STIPULATION AND ORDER**
**EXTENDING TIME**

S I R S:

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, that the time for defendant Hartford Life and Accident Insurance Company to answer or otherwise respond to plaintiff's Complaint in this action, be and the same hereby is extended to and including the 28th day of January, 2008.

Dated:    Uniondale, New York
              December 20, 2007

_____
Norman L. Tolle, Esq.
RIVKIN RADLER LLP
Attorneys for Defendant Hartford Life and
Accident Insurance Company
926 RexCorp Plaza
Uniondale, New York 11556-0926
Telephone #: (516) 357-3242

_____
Barry D. Haberman, Esq.
Attorney for Plaintiff Colleen E. Corcoran
254 South Main Street, #401
New City, NY 10956

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

SO ORDERED.
Dated: Jan. 4, 2008
       White Plains, NY

_____
WILLIAM C. CONNER, Senior U.S.D.J.

COPIES MAILED TO COUNSEL OF RECORD for As
AND E-MAILED TO π COUNSEL