ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X
COLLEEN E. CORCORAN,                       :   07 Civ. 9527 (WCC)
                                               
                           Plaintiff,      :   **ECF CASE**

         - against -                       :

FRONTIER COMMUNICATIONS OF NEW YORK,       :   **ORDER**
INC., CITIZENS TELECOMMUNICATIONS
COMPANY OF NEW YORK, INC., and HARTFORD    :
LIFE AND ACCIDENT INSURANCE COMPANY,
                                           :
                           Defendants.
                                           :
- - - - - - - - - - - - - - - - - - - - - X


**CONNER, Sr. D.J.:**

   The Court having been advised that all claims asserted herein have been settled, it is

   ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof.

SO ORDERED.


Dated:  White Plains, New York
        January 30, 2008

                                    /s/ William C. Conner
                                    ─────────────────────────────
                                    WILLIAM C. CONNER, Senior U.S.D.J.

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED:]

Copies E-Mailed to Π Counsel of Record
and Mailed to Δs Counsel of Record 1/30/08