UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

COLLEEN E. CORCORAN,

                    Plaintiff,

          -against-

FRONTIER COMMUNICATIONS OF NEW YORK,
INC., CITIZENS TELECOMMUNICATIONS
COMPANY OF NEW YORK, INC., and HARTFORD
LIFE AND ACCIDENT INSURANCE COMPANY,

                  Defendants.

------------------------------------------------------------------X

Civil Action No.: 07 CIV. 9527 *(WCC)*

*Partial*

**STIPULATION AND**
**ORDER OF DISMISSAL**

**S I R S :**

      It is hereby stipulated and agreed to among the counsel for plaintiff and Hartford Life and

Accident Insurance Company ("Hartford") that this lawsuit is hereby dismissed with prejudice as

against Hartford, said dismissal to be without costs to either party.

Dated: Uniondale, New York
       March 3, 2008

BY: _____
    Norman L. Tolle (NLT5081)
    Rivkin Radler LLP
    Attorney for Defendant Hartford Life and
    Accident Insurance Company
    926 RexCorp Plaza
    Uniondale, New York  11556-0926

BY: _____
    Barry D. Haberman, Esq. (BH 2589)
    Attorney for Plaintiff Colleen E.
    Corcoran
    254 South Main Street, #401
    New City, NY  10956

**SO ORDERED**

_____
Honorable William C. Conner
United States District Judge

DATED  3/14/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD